**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| ANTOINE SPANN, | : No. 90 EM 2022 |
| Petitioner | : |
| v. | : |
| MICHAEL D. OVERMYER, ET. AL, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of December, 2022, the Application for Leave to File Original Process is GRANTED, and the "Petition in the Nature for a Writ of Mandamus" and the "Motion for Leave to File Default Judgment" are DENIED.